UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEREMY KINGSLY AUSTIN, | ) | CASE NO. CV 09-8159-MMM (PJW) |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| LARRY SMALL, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: <u>November 19, 2011</u>.

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

C:\Temp\notesD30550\CV 09-08159-J.wpd